EXHIBIT "A"

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

LIBERTY CORRECTIONAL INSTITUTION
CLASSIFICATION SERVICES

**MEMO TO:** **Interstate Compact Office**
Department of Corrections
2601 Blair Stone Road
Tallahassee, FL 32399-2500

**FROM:** **Mary Solano, CL. O.**

**DATE:** **August 19, 2003**

**SUBJECT:** Inmate Young, Anthony DC#Q10165

---

Attached are Agreement on Detainers Forms II, III and IV in the case of the above-named inmate.

A detainer was entered on 7/16/2003 from Geneva, Alabama.

Please forward these documents to the appropriate authority by certified mail advising this inmate will be made available to them upon receipt of Agreement on Detainers Forms VI and VII.