EXHIBIT "B"

## INTERSTATE AGREEMENT ON DETAINERS: FORM I

Three Copies. One copy of this form, signed by the inmate and the warden, should be retained for the institution file; one copy should be retained by the inmate; and a signed copy is to be mailed to Central Records, Central Office.

## NOTICE OF UNTRIED INDICTMENT, INFORMATION, OR COMPLAINT AND OF RIGHT TO REQUEST DISPOSITION

Inmate: Young, Anthony         No: Q10165
Institution: Liberty Correctional Institution

Pursuant to the Agreement on Detainers, you are hereby informed that the following are the untried indictments, informations, or complaints against you concerning which the undersigned has knowledge, and the source and contents of each:

Kidnapping; Geneva, AL; Case #2000-000966

You are hereby further advised that by the provisions of said Agreement you have the right to request the appropriate prosecuting officer of the jurisdiction in which any such indictment, information, or complaint is pending and the appropriate court that a final disposition be made thereof. You shall then be brought to trial within 180 days, unless extended pursuant to provisions of the Agreement, after you have caused to be delivered to said prosecuting officer and said court written notice of the place of your imprisonment and your said request, together with a certificate of the custodial authority as more fully set forth in said Agreement. However, the court having jurisdiction of the matter may grant any necessary or reasonable continuance.

Your request for final disposition will operate as a request for final disposition of all untried indictments, informations, or complaints on the basis of which detainers have been lodged against you from the state to whose prosecuting official your request for final disposition is specifically directed. Your request will also be deemed to be a waiver of extradition with respect to any charge or proceeding contemplated thereby or included therein and a waiver of extradition to the state of trial to serve any sentence there imposed upon you after completion of your term of imprisonment in this state. Your request will also constitute a consent by you to the production of your body in any court where your presence may be required in order to effectuate the purposes of the Agreement on Detainers and a further consent voluntarily to be returned to the institution in which you are now confined.

Should you desire such a request for final disposition of any untried indictment, information, or complaint, you are to notify the **Classification Supervisor** of the institution in which you are confined.

You are also advised that under provisions of said Agreement the prosecuting officer of a jurisdiction in which any such indictment, information, or complaint is pending may institute proceedings to obtain a final disposition thereof. In such event, you may oppose the request that you be delivered to such prosecuting officer or court. You may request the Governor of this state to disapprove any such request for your temporary custody, but you can not oppose delivery on

DC3-100 (Revised 10-01)

the grounds that the Governor has not affirmatively consented to or ordered such delivery. You are also statutorily entitled to the procedural protections provided in state extradition laws.

Dated: 08-20-03      Signature: _Russell Hosford_
                                         (Warden)

Typed Name: Russell Hosford, Warden
Institution: Liberty Correctional Institution
Address: 11064 N.W. Dempsey Barron Road
City/State: Bristol, FL 32321
Telephone: (850) 643-2141

Inmate Signature: X _Anthony Young_       Dated: 08-20-03
Typed Name: Anthony Young                 No: Q10165
Witness Signature: _M. Solano C.L.O._     Dated: 08-20-03
Typed Name & Title: M. Solano, Classification Officer

DC3-100 (Revised 10-01)

## INTERSTATE AGREEMENT ON DETAINERS: FORM II

Six copies, if only one jurisdiction within the state involved has an indictment, information, or complaint pending. Additional copies will be necessary for prosecuting officials and clerks of court if detainers have been lodged by other jurisdictions within the state involved. One signed copy is to be retained by the inmate and one copy is to be retained for the institution file. Four signed copies are to be sent to the Florida Agreement Administrator, who will forward copies to the Agreement Administrator in the receiving state, the prosecuting official in the jurisdiction which placed the detainer, and the clerk of the court which has jurisdiction over the matter and retain one copy for Central Records, Central Office. The copies to the prosecuting officials and the court must be transmitted by certified or registered mail return receipt requested.

### INMATE'S NOTICE OF PLACE OF IMPRISONMENT AND REQUEST FOR DISPOSITION OF INDICTMENTS, INFORMATIONS, OR COMPLAINTS

TO: David C. Emery, D.A.        Prosecuting Officer, _____
    Dale County                  Court  Court Square, Ozark, AL 36361
    (Jurisdiction)                       (Jurisdiction)

And to all other prosecuting officers and courts of jurisdictions listed below from which indictments, informations, or complaints are pending.

You are hereby notified that the undersigned is now imprisoned in __Liberty Correctional__ Institution in __Bristol__ (City) __Florida__ (State) and hereby request that a final disposition be made of the following indictments, informations, or complaints now pending against me: Kidnapping; Geneva, AL; Case #2000-000966

Failure to take action in accordance with the Agreement on Detainers, to which your state is committed by law, may result in the invalidation of the indictments, informations, or complaints.

I hereby agree that this request will operate as a request for final disposition of all untried indictments, informations, or complaints on the basis of which detainers have been lodged against me from your state. I also agree that this request shall be deemed to be my waiver of extradition with respect to any charges or proceedings contemplated hereby or included herein, and a waiver of extradition to your state to serve any sentence there imposed upon me, after completion of my term of imprisonment in this state. I also agree that this request shall constitute a consent by me to the production of my body in any court where my presence may be required in order to effectuate the purposes of the Agreement on Detainers and a further consent voluntarily to be returned to the institution in which I now am confined.

If jurisdiction over this matter is properly in another agency, court or officer, please designate the proper agency, court or officer and return this form to sender.

The required Form III, Certificate of Inmate Status and Form IV, Offer to Deliver Temporary Custody are attached.

Dated: __08-20-03__        Inmate's Signature: x _Anthony Young_
Typed Inmate's Name & No: Young, Anthony  DC# Q10165
Witness Signature: _M. Solano CL.O._
Typed Name and Title: M. Solano, Classification Officer

DC3-101 (Revised 10-01)

## INTERSTATE AGREEMENT ON DETAINERS: FORM III

Six copies. One copy is to be retained by the inmate and one copy is to be retained for the institution file. Four copies are to be sent to the Florida Agreement Administrator for distribution. In the case of an inmate's request for disposition under Article III, copies of this form should be attached to all copies of Form II. In the case of a request initiated by a prosecutor under Article IV, a copy of this form should be sent to the prosecutor upon receipt of Form V. Copies should also be sent to all other prosecutors in the same state who have lodged detainers against the inmate.

## CERTIFICATE OF INMATE STATUS

RE: Inmate  Young, Anthony                    No: Q10165

Institution: Liberty Correctional Inst.  Address: 11064 N.W. Dempsey Barron Rd., Bristol, FL 32321

The (Custodial Authority) hereby certifies:

1. The term of commitment under which the inmate above-named is being held:
   (10) Ten Years

2. The time already served:  998 Days

3. Time remaining to be served (TRD):  TRD - 11-23-2010

4. The amount of good time earned:  (6) Six Days

5. The date of parole eligibility of the inmate:  N/A

6. The decisions of the Board of Parole relating to the inmate:  N/A

7. Maximum expiration date under present sentence:  11-29-2010

8. Detainers currently on file against this inmate from your state are as follows:
   Kidnapping; Geneva, AL; Case #2000-000966

Dated:  08-20-03          Signature: [signature] (Warden)

Typed Name:  Russell Hosford, Warden
Institution:  Liberty Correctional Institution
Address:  11064 N.W. Dempsey Barron Rd.
City/State:  Bristol, FL  32321
Telephone:  (850) 643-2141

DC3-102 (Revised 10-01)

**If you do not intend to bring the inmate to trial, please inform us as soon as possible.**

**Kindly acknowledge.**

Dated: __08-20-03__   Signature: __Russell Hosford__
                                        (Warden)

Typed Name: __Russell Hosford, Warden__
Institution: __Liberty Correctional Institution__
Address: __11064 N.W. Dempsey Barron Rd.__
City/State: __Bristol, FL  32321__
Telephone: __(850) 643-2141__

Inmate has indicated the following (Circle A or B)

A.  My Counsel is _____
    Whose Address is _____
    _____

(B.)  I request the court to appoint counsel.
    Inmate's Signature: __Anthony Young__