EXHIBIT "C"

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: 02
Institution: Lib. CI

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Dental | ☑ Other Y/M |
|---|---|---|---|---|

| FROM: | Inmate Name: Young, Anthony | DC Number: Q10165 | Quarters: A2-11L | Job Assignment: H/m | Date: 9/10/03 |
|---|---|---|---|---|---|

## REQUEST

FYI

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: _____

Here is your copy - will advise you of the date of Geneva Co S.O. - Alabama Receipt. District Atty.

— See attached —

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): M. Solano    Date: 9/10/03

Distribution:  White - Returned to Inmate    Pink - Retained by official responding, or if the response is to an
              Canary - Returned to Inmate           informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)