EXHIBIT "D"

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☑ Classification ☐ Security | ☐ Medical ☐ Dental | ☐ Other MRS. SOLANO |
|---|---|---|---|---|

| FROM: | Inmate Name: Young, Anthony | DC Number: O-Q10165 | Quarters: A-2, 11 L | Job Assignment: Houseman | Date: 10-1-03 |
|---|---|---|---|---|---|

**REQUEST**

Mrs. Solano I'm writing again to see have Alabama sent you back any paper work on my detainer if not just let me know as soon as they do please. Thanks for your time and Generosity.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE**           DATE RECEIVED: _____

On 9/23/03 the IAD forms were received by the Prosecutor.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): M Solano      Date: 10/2/03

Distribution: White — Returned to Inmate   Pink — Retained by official responding, or if the response is to an
              Canary — Returned to Inmate          informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)