EXHIBIT "E"

IN THE CIRCUIT CRIMINAL COURT OF GENEVA, ALABAMA

ANTHONY YOUNG,
DEFENDANT,

V. CASE NO.: 2000-000966

STATE OF ALABAMA,
PLAINTIFF.

NOTICE OF EXPIRATION AND REQUEST FOR FINAL DISPOSITION

COMES NOW, THE DEFENDANT, ANTHONY YOUNG, PRO SE, PURSUANT TO THE APPLICABLE ALABAMA RULES OF CRIMINAL PROCEDURE AND THE RULES GOVERNING INTERSTATE DETAINERS HEREBY FILES THIS NOTICE OF EXPIRATION AND REQUEST FOR FINAL DISPOSITION.

IN SUPPORT HEREOF WOULD STATE THE FOLLOWING:

1. A DETAINER WAS ENTERED AGAINST THE DEFENDANT ON JULY 16, 2003 FROM GENEVA, ALABAMA, WITH THE ABOVE STYLED CASE NUMBER.

2. ON AUGUST 20, 2003, THE DEFENDANT FILED HIS NOTICE OF UNTRIED INDICTMENT, INFORMATION, OR COMPLAINT AND OF RIGHT TO REQUEST DISPOSITION THROUGH HIS FLORIDA INSTITUTIONAL CLASSIFICATION SUPERVISOR TO THE APPROPRIATE AUTHORITIES IN GENEVA, ALABAMA.

3. IN EXCESS OF 180 DAYS HAS ELAPSED AND THE APPROPRIATE PROSECUTING AUTHORITY HAS NOT INSTITUTED PROCEEDINGS TO OBTAIN A FINAL DISPOSITION HEREOF.

WHEREFORE, NOTICE IS HEREBY GIVEN THAT THE DEFENDANT REQUESTS FOR FINAL DISPOSITION OF THE ABOVE STYLED UNTRIED

INDICTMENT, INFORMATION, OR COMPLAINT IN GENEVA, ALABAMA, AND THE DEFENDANT INVOKES ANY AND ALL STATUTORILY AND/OR PROCEDURAL PROTECTIONS PROVIDED IN STATE EXTRADITION LAWS.

RESPECTFULLY SUBMITTED,

7/1/04
DATE

Anthony young
DEFENDANT PRO SE

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING AND THE FACTS STATED IN IT ARE TRUE AND CORRECT IN ACCORDANCE WITH SECTION 92.525 FLORIDA STATUTES.

Anthony young
DEFENDANT PRO SE