EXHIBIT "F"

IN THE CIRCUIT CRIMINAL COURT OF GENEVA, ALABAMA

ANTHONY YOUNG,
    DEFENDANT,

V.                                CASE NO: 2000-000966

STATE OF ALABAMA,
    PLAINTIFF.

_____

## DEFENDANT'S MOTION TO DISMISS CASE

COMES NOW THE DEFENDANT, ANTHONY YOUNG, PRO SE, PURSUANT TO THE APPLICABLE ALABAMA RULES OF CRIMINAL PROCEDURE AND THE RULES GOVERNING INTERSTATE DETAINERS HEREBY FILES THIS NOTICE OF MOTION TO DISMISS CASE AND IN SUPPORT HEREOF WOULD STATE THE FOLLOWING:

1. A DETAINER WAS ENTERED AGAINST THE DEFENDANT ON JULY 16, 2003 FROM GENEVA, ALABAMA WITH THE ABOVE STYLED CASE NUMBER.

2. ON AUGUST 20, 2003, THE DEFENDANT FILED HIS REQUEST FOR DISPOSITION THROUGH HIS FLORIDA INSTITUTIONAL CLASSIFICATION SUPERVISOR TO THE PROSECUTING AUTHORITY IN GENEVA, ALABAMA.

3. THE STATED PROSECUTING AUTHORITY NEVER RESPONDED.

4. ON JULY 1, 2004, THE DEFENDANT FILED HIS NOTICE OF EXPIRATION AND REQUEST FOR FINAL DISPOSITION WITH THE STATE PROSECUTING ATTORNEY'S OFFICE FOR GENEVA, ALABAMA.

5. At the signing of this motion, the State Attorney's office has not initiated any proceedings to dispose of this case.

Wherefore, based on the defendant's waiver of extradition being initiated over a year ago, the defendant's request for final disposition filed over a year ago, and the State Attorney's failure to litigate the case, the defendant requests that the court dismiss the instant case.

Respectfully submitted,

/s/ Anthony Young
Defendant Pro Se

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been sent by U.S. mail to <u>Clerk of Court &amp; State of Attorney</u> on this <u>29</u> day of <u>July</u> 2004.

/s/ Anthony Young
Defendant Pro Se

I declare under the penalty of perjury that the above facts are true and correct, Section 92.525, Fla. Stat.

/s/ Anthony Young
Defendant Pro Se

2 of 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished through institution internal mail system to the Office of the District Attorney, Dale County Courthouse, Court Square Ozark, Alabama 36361 this 13th day of June, 2005.

Anthony Young
Anthony Young
DC# 010165 H-6-L
Liberty Correctional Institution
11064 N.W. Dempsey Barron Road
Bristol, Florida 32321

Under penalty of perjury, I declare the foregoing true and correct.

Anthony Young
Anthony Young