IN THE UNITED STATES DISTRICT COURT
FOR THE ~~MIDDLE~~ NORTHERN DISTRICT OF GENEVA
P 1: 1 DIVISION

2005 JUN 16

PROVIDED BY
LIBERTY C.I. ON
JUN 13 2005
FOR MAILING AY

ANTHONY YOUNG ,
Inmate # O-Q101105 .
Plaintiff/Petitioner,

vs.                                    CASE NO: 3:05CV582-F

STATE OF ALABAMA ,

_____ ,

_____ .

Defendant(s)/Respondent(s).

_____ /

## MOTION TO PROCEED IN FORMA PAUPERIS

I, ANTHONY YOUNG , plaintiff/petitioner in the above-entitled action, move to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in the above-entitled action. I am unable to make full prepayment of fees or to give security therefore, and it is my belief that I am entitled to relief. I have not divested myself of any property, monies, or any items of value for the purpose of avoiding payment of said fees.

*Anthony Young*
Signature of Plaintiff/Petitioner

### AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS
(THIS AFFIDAVIT MUST BE COMPLETED IN ITS ENTIRETY)

In support of this motion, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?  Yes (✓)   No ( )

If yes, place of incarceration: LIBERTY CORRECTIONAL INSTITUTION

If not incarcerated, skip to Question #5.

2. Have you been incarcerated for *at least* six (6) months:   Yes (✓)   No ( )

3. Have you been confined in the facility listed above (question #1) for the six months preceding the filing of this case?   Yes (✓)   No ( )

4. If not, where else have you been held: _____ when: _____ - _____

5. Are you presently employed?   Yes ( )   No (✓)

   a. If yes, amount of salary or wages: _____ Employer: _____
   b. If no, date of last employment: _____ Salary: _____

6. Have you received any money from any of the following sources within the past 12 months:

   a. Business, profession, or self-employment?   Yes ( )   No (✓)
   b. Payments from rent, interest, or dividends?   Yes ( )   No (✓)
   c. Pensions, annuities, or life insurance payments?   Yes ( )   No (✓)
   d. Disability or worker's compensation payments?   Yes ( )   No (✓)
   e. Gifts, inheritances, or any other sources?   Yes ( )   No (✓)

7. Do you have any money in a checking or savings account?   Yes (✓)   No ( )

   If yes, state the total amount (including money in prison bank account): $3

8. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ( )   No (✓)

   If yes, describe the property and its approximate value: _____

9. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:   N/A
   _____
   _____

**I hereby declare under penalty of perjury that the above information is true and correct.**

_Anthony Young_          _6/13/05_
SIGNATURE OF PLAINTIFF          DATE

*- Attach Inmate Bank Account Printouts to this Motion -*

Revised 07/02

2