IN THE UNITED STATES DISTRICT COURT OF ~~ALABAMA~~
MIDDLE DISTRICT

PROVIDED BY LIBERTY CI ON
JUN 27 2005
FOR MAILING AY

ANTHONY YOUNG,
   Petitioner,

                         CASE NO. 1:05 CV 582

V.

RUSSELL HOSFORD, et-al.,
   Respondents.
_____/

<u>MOTION OF COMPLIANCE</u>

    Anthony Young, a Pro se Petitioner hereby submits this motion of Compliance that he has forewarded a true and correct copy of his habeas corpus to the office of Attorney General upon receiving the address on June, 26, 2005. See attached certificate of service showing service.

                                  Respectfully Submitted
                                  Anthony Young
                                  Anthony Young, Pro se
                                  D/# Q19945 H-1-114 L
                                  Liberty Correctional Institution
                                  11064 N.W. Dempsey Barnes Road
                                  Bristol, Florida 32321

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Habeas Corpus Petition 28 USC 2254 and exhibits have been forwarded by Institution Internal Mail System to the Office of Attorney General, Troy King, Alabama State House, 11 South Union St., Third Floor, Montgomery Alabama 36130 this 27th day of June 2005.

Under Penalty of Perjury I declare the foregoing facts and matters true and correct.

Anthony Young

Anthony Young, Petitioner
D.C.# 010125  H1-026 -
Liberty Correctional Institution
11064 N.W. Dempsey Barron Rd.
Bristol, Florida 32321