IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY YOUNG, | ) |
| | ) |
| PETITIONER, | ) |
| | ) |
| vs. | ) CASE NO. 1:05-CV-582-F |
| | ) |
| RUSSELL HARTFORD, et al., | ) |
| | ) |
| RESPONDENTS. | ) |

**RESPONDENTS' REQUEST FOR EXTENSION OF TIME**

Come now the Respondents, by and through the Attorney General for the State of Alabama, and hereby request a fourteen (14) day extension of time in which to file their response as directed by this Court's June 20, 2005 order. The Respondents request this extension on the following grounds:

1. The original due date for this response is Monday, July 11, 2005.

2. Undersigned counsel has worked diligently to obtain information and supporting documents regarding the petition for writ of habeas corpus filed by the Petitioner, currently incarcerated in Florida, which concerns his claim that the State of Alabama has violated the Interstate Agreement on Detainers. Undersigned counsel is currently in the process of obtaining records concerning same from the Geneva County (Alabama) Sheriff's Department and the Geneva County Circuit

Court, and has been unable to yet compile those records in order to properly respond to the Petitioner's claim.

3.  If this Court were to grant this request for an extension of time, the response will be due on July 25, 2005. Undersigned counsel will make all efforts to submit said response long before that date. The Petitioner will not be prejudiced by this extension in any manner.

Therefore, for these reasons, the Respondents respectfully request this Court to extend its due date for said response to July 25, 2005.

                          Respectfully submitted,

                          Troy King(KIN047)
                          Attorney General
                          By:

                          /s/Marc A. Starrett
                          Marc A. Starrett
                          Assistant Attorney General

                          ID #STARM1168

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of July, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

>Anthony Young
>Inmate, Liberty Correctional Institution
>11064 N.W. Dempsey Barron Road
>Bristol, Florida 32321

>/s/Marc A. Starrett
>Marc A. Starrett (STARM1168)
>Office of the Attorney General
>Alabama State House
>11 South Union
>Montgomery, AL 36130-0152
>Telephone: (334) 242-7300
>Fax: (334) 242-2848
>E-Mail: MStarrett@AGO.State.Al.US

ADDRRESS OF COUNSEL;

Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama 36130-0152
(334) 242-7300
210594/Young
82570-001