IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY YOUNG,** | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 1:05-CV-582-F |
| RUSSELL HARTFORD, *et al.*, | * |
| Respondents. | * |

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 8) is GRANTED;

2. Respondents are GRANTED an extension from July 12, 2005 to July 25, 2005 to file their answer.

Done this 12th day of July, 2005.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE