## W A R R A N T

STATE OF ALABAMA            GENEVA COUNTY              DISTRICT COURT

AGENCY NUMBER:                    WARRANT NUMBER: WR 2000 000966.00
                                  OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    ANTHONY YOUNG    AND BRING
HIM/HER BEFORE THE DISTRICT   COURT OF GENEVA COUNTY TO ANSWER THE STATE
OF ALABAMA ON A CHARGE(S) OF:
                 KIDNAPPING 1ST DEGRE   CLASS: A   TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 08 DAY OF DECEMBER, 2000.

BOND SET AT: (1) _10,000_____   BOND TYPE:
             (2) _____
             (3) _____

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: KIDNAPPING 1ST DEGRE  13A-006-043          F  FELONY

NAME: ANTHONY YOUNG                 ALIAS:
ADDRESS: 16425 EAST ST. HWY 52        ALIAS:
ADDRESS:
CITY: SLOCOMB            STATE: AL      ZIP: 36375 0000

EMPLOYMENT:
DOB: 07/13/1982    RACE: B    SEX: M    HAIR: BLK
EYE: BRO  HEIGHT: 6'04"   WEIGHT: 167
SID: 000000000  SSN: 419131178

### E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

(  )   PLACING DEFENDANT IN THE GENEVA COUNTY JAIL.

(  )   RELEASING DEFENDANT ON APPEARANCE BOND

THIS _____ DAY OF _____

SHERIFF _____

BY _____

OPERATOR: DIH      DATE: 12/08/2000

GENEVA CO. SHERIFFS DEPT.

DEC 1 2 2000

RECEIVED IN OFFICE

EXHIBIT
A

ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF GENEVA COUNTY * * *

AGENCY NUMBER:                          WARRANT NUMBER: WR 2000 000966.00
                                        OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT COURT OF
GENEVA COUNTY, ALABAMA, PERSONALLY APPEARED   DAVID HALL
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    ANTHONY YOUNG
                                                                   DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT  12-01-2000_____, ABDUCT __KELLY RHOADES_____
WITH THE INTENT TO:
( )    HOLD HIM/HER FOR RANSOM OR REWARD; OR
( )    USE HIM/HER FOR A SHIELD OR HOSTAGE; OR
( )    ACCOMPLISH OR AID THE COMMISSION OF A FELONY OR FLIGHT THEREFROM; OR
(X)    INFLICT PHYSICAL INJURY UPON HIM/HER OR VIOLATE OR ABUSE SEXUALLY; OR
( )    TERRORIZE HIM/HER OR A THIRD PERSON; OR
( )    INTERFERE WITH THE PERFORMANCE OF GOVERNMENTAL OR POLITICAL FUNCTIONS,
AND DID SO BY:_____(SET OUT DETAILS)

IN VIOLATION OF 13A-006-043                              OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.


                                        _____
                                        COMPLAINANT'S SIGNATURE



SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 08 DAY OF DECEMBER, 2000.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: KIDNAPPING 1ST DEGRE  13A-006-043              F   FELONY

WITNESS FOR THE STATE

DAVID HALL/GCSO/GENEVA/36360
KELLY RHOADES/400 EAST MAIN/HARTFORD/36344

OPERATOR: DIH    DATE: 12/08/2000



## FLORIDA
## DEPARTMENT of
## CORRECTIONS

Governor
**JEB BUSH**

Secretary
**James V. Crosby, Jr.**
http://www.dc.state.fl.us

*An Equal Opportunity Employer*
2601 Blair Stone Road - Tallahassee, FL 32399-2500

```
*************************************************
*  A C K N O W L E D G M E N T   O F   D E T A I N E R  *
*************************************************
```

TO:             Office of the Sheriff
                P. O. Box 115
                Geneva, AL 36340

DATE:          JULY   22, 2003

REFERENCE:   YOUNG, ANTHONY          AKA:
DC#:   Q10163  RACE: BLACK   SEX: MALE      DATE OF BIRTH: 07/13/1982

CURRENT LOCATION: 120 - LIBERTY C.I.   CURRENT RELEASE DATE: 11/23/2010   TRD

We acknowledge receipt of your request and have marked our records to show a detainer based
upon your teletype/warrant/capias For:
      2000-000966 KIDNAPPING
      334-684-5660/FAX 684-5666

Any Florida Sheriff or other authorized officer in Florida may secure an inmate for trial prior
to expiration of a sentence by contacting the Sentence Specialist at the inmates current location
and requesting temporary custody.  Upon arrival, officers must produce a copy of a warrant or
court order. Please contact the departments Detainer Section at the address above to cancel this
detainer immediately after charges are disposed of.

OUT OF STATE AGENCIES:
Agents may assume custody prior to expiration of sentence under the provisions of the Interstate
Agreement on detainers (for participating states) or the Uniform Extraditions Act.

We will notify your agency prior to the release of the inmate.  Please direct any questions
regarding this detainer to the Detainer Section at (850) 410-4556.

cc:  Institution
     Central Records