## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Young   vs. Hartford, et al

Case Number:   1:05cv582-F

Referenced Docket Entry - Response in Opposition  - Doc. No. 10.

The referenced docket entry was filed   in ERROR  on ***July 22, 2005***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because this docket entry should have been filed as an Answer.  Please DISREGARD this docket entry. See. Doc. No. 12 for correction.