# WARRANT

STATE OF ALABAMA          GENEVA COUNTY                    DISTRICT COURT

AGENCY NUMBER:                        WARRANT NUMBER: WR 2000 000966.00
                                      OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    ANTHONY YOUNG   AND BRING HIM/HER BEFORE THE DISTRICT   COURT OF GENEVA COUNTY TO ANSWER THE STATE OF ALABAMA ON A CHARGE(S) OF:
         KIDNAPPING 1ST DEGRE   CLASS: A   TYPE: F   COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 08 DAY OF DECEMBER, 2000.

BOND SET AT: (1) 10,000.00         BOND TYPE:
             (2) _____
             (3) _____

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: KIDNAPPING 1ST DEGRE   13A-006-043              F   FELONY

NAME: ANTHONY YOUNG                      ALIAS:
ADDRESS: 16425 EAST ST. HWY 52           ALIAS:
ADDRESS:
CITY: SLOCOMB             STATE: AL      ZIP: 36375 0000
EMPLOYMENT:
DOB: 07/13/1982   RACE: B   SEX: M       HAIR: BLK
EYE: BRO   HEIGHT: 6'04"   WEIGHT: 167
SID: 000000000   SSN: 419131178

## EXECUTION

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

( )   PLACING DEFENDANT IN THE GENEVA COUNTY JAIL.

( )   RELEASING DEFENDANT ON APPEARANCE BOND

THIS _____ DAY OF _____

                          SHERIFF _____

                          BY _____

OPERATOR: DIH        DATE: 12/08/2000

EXHIBIT A

GENEVA CO. SHERIFFS DEPT.
DEC 1 2 2000
RECEIVED IN OFFICE

```
           ALABAMA JUDICIAL INFORMATION SYSTEM

         * * * IN THE DISTRICT COURT OF GENEVA COUNTY * * *

AGENCY NUMBER:
                                    WARRANT NUMBER: WR 2000 000966.00
                                    OTHER CASE NBR:
                         C O M P L A I N T
BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT COURT OF
GENEVA COUNTY, ALABAMA, PERSONALLY APPEARED    DAVID HALL
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    ANTHONY YOUNG                  DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT  12-01-2000         , ABDUCT   KELLY RHOADES
WITH THE INTENT TO:
( )   HOLD HIM/HER FOR RANSOM OR REWARD; OR
( )   USE HIM/HER FOR A SHIELD OR HOSTAGE; OR
( )   ACCOMPLISH OR AID THE COMMISSION OF A FELONY OR FLIGHT THEREFROM; OR
(X)   INFLICT PHYSICAL INJURY UPON HIM/HER OR VIOLATE OR ABUSE SEXUALLY; OR
( )   TERRORIZE HIM/HER OR A THIRD PERSON; OR
( )   INTERFERE WITH THE PERFORMANCE OF GOVERNMENTAL OR POLITICAL FUNCTIONS,
AND DID SO BY: _____(SET OUT DETAILS) _____

IN VIOLATION OF  13A-006-043                       OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

                                         COMPLAINANT'S SIGNATURE
```

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 08 DAY OF DECEMBER, 2000.

JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: KIDNAPPING 1ST DEGRE   13A-006-043        F FELONY

WITNESS FOR THE STATE:

DAVID HALL/GCSO/GENEVA/36340
KELLY RHOADES/400 EAST MAIN/HARTFORD/36344

OPERATOR: DIH    DATE: 12/08/2000



# FLORIDA DEPARTMENT of CORRECTIONS

Governor
**JEB BUSH**

Secretary
**James V. Crosby, Jr.**
http://www.dc.state.fl.us

*An Equal Opportunity Employer*
2601 Blair Stone Road · Tallahassee, FL 32399-2500

```
***********************************************************
*            ACKNOWLEDGMENT  OF  DETAINER  *
***********************************************************
```

TO:     Office of the Sheriff
        P. O. Box 115
        Geneva, AL 36340

DATE:       JULY    22, 2003

REFERENCE:  YOUNG, ANTHONY        AKA:
DC#:  Q10165  RACE: BLACK  SEX: MALE   DATE OF BIRTH: 07/13/1982

CURRENT LOCATION: 120 - LIBERTY C.I.   CURRENT RELEASE DATE: 11/23/2010   TRD

We acknowledge receipt of your request and have marked our records to show a detainer based upon your teletype/warrant/capias For:
    2000-000966 KIDNAPPING
    334-684-5660/FAX 684-5666

Any Florida Sheriff or other authorized officer in Florida may secure an inmate for trial prior to expiration of a sentence by contacting the Sentence Specialist at the inmates current location and requesting temporary custody. Upon arrival, officers must produce a copy of a warrant or court order. Please contact the departments Detainer Section at the address above to cancel this detainer immediately after charges are disposed of.

OUT OF STATE AGENCIES:
Agents may assume custody prior to expiration of sentence under the provisions of the Interstate Agreement on detainers (for participating states) or the Uniform Extraditions Act.

We will notify your agency prior to the release of the inmate. Please direct any questions regarding this detainer to the Detainer Section at (850) 410-4556.

cc: Institution
    Central Records