STATE OF ALABAMA
GENEVA COUNTY

### AFFIDAVIT

My name is Gale Laye. I am the Clerk of Court for the Circuit Court of Geneva County, Alabama. I have reviewed the Court's records pertaining to Anthony Young, DOB 7/13/82, SS# 419131178. The Court's records pertaining to Anthony Young do not contain a "Request for Disposition of Indictments, Informations, or Complaints," a "Notice of Expiration and Request for Final Disposition" a "Defendant's Motion to Dismiss Case," or any other such document related to the Interstate Agreement on Detainers. Further, the only document pertaining to Anthony Young in the Court's records is warrant #WR-2000-00966, which was issued for kidnapping in the first degree.

Signed this the 21st day of July, 2005.

_____
GALE LAYE

Sworn to and subscribed before me this the 21st day of July, 2005.

_____
NOTARY PUBLIC

SEAL

My Commission Expires:

April 30, 2006

EXHIBIT B