IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY YOUNG, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 1:05-cv-582-F |
| | ) |
| RUSSELL HARTFORD, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on August 2, 2005 (Doc. #15), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE:

1. That petitioner's motion to voluntarily dismiss petition for habeas corpus without prejudice (Doc. #14) is GRANTED.

2. That the petition for habeas corpus is DISMISSED without prejudice.

DONE this 18th day of August, 2005.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE