IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY YOUNG, | ) |
| | ) |
|    Petitioner, | ) |
| v. | )   CASE NO. 1:05-cv-582-F |
| | ) |
| RUSSELL HARTFORD, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner and that this action is DISMISSED without prejudice.

DONE this 18th day of August, 2005.

                                              /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE